IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES MAURICE MATTICE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3506

_____/

Opinion filed July 9, 2015.

An appeal from the Circuit Court for Bay County.
Michael D. Miller, Judge.

Nancy A. Daniels, Public Defender, and L. Allen Beard, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Giselle D. Lylen, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

ROBERTS, C.J., BENTON and LEWIS, JJ., CONCUR.